IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-216-M-RN

| | |
|---|---|
| JESSICA KURESKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EASTPOINT RECOVERY GROUP LLC, ) | |
| ) | |
| Defendant. ) | |

This matter is before the clerk on the plaintiff's motion for entry of default [D.E. 11]. Counsel for plaintiff subsequently filed a notice of voluntary dismissal [D.E. 12] dismissing defendant Eastpoint Recovery Group LLC with prejudice.

The motion for entry of default is therefore denied as moot.

SO ORDERED. This the 21 day of October, 2025.

Peter A. Moore, Jr.
Clerk of Court